No. 11M19. James Ray Russell, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 808, 132 S. Ct. 80, 181 L. Ed. 2d 12, 2011 U.S. LEXIS 6728.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 11M20. Dwayne Iverson, Petitioner v. Verizon Communications.

565 U.S. 809, 132 S. Ct. 80, 181 L. Ed. 2d 12, 2011 U.S. LEXIS 6809.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

No. 11M21. Uthman Abdul Rahim Mohammed Uthman, Petitioner v. Barack H. Obama, President of the United States, et al.

565 U.S. 808, 132 S. Ct. 80, 181 L. Ed. 2d 12, 2011 U.S. LEXIS 6696.

October 3, 2011. Motion for leave to file a petition for writ of certiorari under seal granted.

Same case below, 394 U.S. App. D.C. 466, 637 F.3d 400.

No. 11M22. Beverly Ong, Petitioner v. Babak Pasdar.

565 U.S. 809, 132 S. Ct. 80, 181 L. Ed. 2d 12, 2011 U.S. LEXIS 6985.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

No. 11M23. In re Grand Jury Proceedings.

565 U.S. 809, 132 S. Ct. 80, 181 L. Ed. 2d 12, 2011 U.S. LEXIS 6749.

October 3, 2011. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

Same case below, 640 F.3d 385.

No. 11M24. William Malone, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 808, 132 S. Ct. 80, 181 L. Ed. 2d 12, 2011 U.S. LEXIS 6694.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. 11M25. Ronnie R. Charleston, Petitioner v. Tony Parker, Warden.

565 U.S. 808, 132 S. Ct. 81, 181 L. Ed. 2d 12, 2011 U.S. LEXIS 6927.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.